| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GABRIEL HERNANDEZ-VALDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00004 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| GABRIEL HERNANDEZ-VALDEZ, | ) | Date: April 13, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-referenced matter now set for April 6, 2009, **may be continued to April 13, 2009, at 9:00 A.M.**.

The request is made because counsel for Defendant will not be in her office on April 6, 2009, and will be unavailable for court at the time now scheduled for hearing, and she needs additional time for investigation and case preparation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 31, 2009 By: /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: March 31, 2009 By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
GABRIEL HERNANDEZ-VALDEZ

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: March 31, 2009**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE